March 27, 1901, affirming an order of Special Term dismissing a writ of certiorari to review an assessment taxing personal property in the hands of the relator for the year 1900.

*Joseph A. Burr* and *Robert H. Wilson* for appellant.

*John Whalen Corporation Counsel* (*James M. Ward* and *George S. Coleman* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE SHERWIN-WILLIAMS COMPANY, Appellant, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Sherwin - Williams Co.* v. *Feitner,* 60 App. Div. 628, affirmed.
(Submitted June 5, 1901; decided June 21, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made April 4, 1901, affirming an order of Special Term quashing a writ of certiorari to review the action of the defendants in assessing the capital of the relator invested in its business in the city of New York.

*Porter & Kilvert* for appellant.

*John Whalen, Corporation Counsel* (*James M. Ward* of counsel) for respondents.

Order affirmed, with costs, on authority of *People ex rel. Armstrong Cork Co.* v. *Barker* (157 N. Y. 159).

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.